___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUN 15 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT MCGUIRE, | ) | 3:10-cv-800-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 15, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK: JENNIFER COTTER     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Request for Discovery Scheduling Order and to Strike the State of Nevada in relation to Nevada Department of Corrections from Record as Defendants (Doc. Nos. 15 and 16). Defendants have responded to the Motions (Doc. Nos. 18 and 19).

**IT IS HEREBY ORDERED** that Plaintiff's Request for Discovery Scheduling Order (Doc. #15) is **DENIED**. In this district discovery in inmate litigation does not commence until the court has issued a Scheduling Order allowing discovery to commence. A Scheduling Order will issue, if necessary, once Defendants' Motion to Dismiss has been decided by the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike the State of Nevada in relation to Nevada Department of Corrections from Record as Defendants (Doc. #16) is **GRANTED**.

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk