UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT McGUIRE, | ) | 3:10-cv-00800-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 26, 2012 |
| | ) | |
| STATE OF NEVADA, in Relation to NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion to Stay Briefing Regarding Summary Judgment (Doc. # 50). Defendant's rationale for seeking a stay of the briefing was because there was a pending motion to consolidate cases filed by Defendant in another of Plaintiff's cases, *McGuire v. McDaniel, et al.,* Case no. 3:10-cv-00488-HDM-WGC. However, the docket in that case reflects the motion to consolidate was denied by the Hon. Howard D. McKibben on December 21, 2012 (Doc. # 112).

Additionally, a review of the docket in the instant matter reflects that the Motion for Summary Judgment (Doc. # 46) has been fully briefed. Therefore, Defendant's motion to stay briefing (Doc. # 50) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
         Deputy Clerk